UNITED STATES AND BLAINE

Plaintiff

― ̃[(BAUGHMAN)] ―

V.

Defendant

~ WEREN'T INVITED

OCCUPANTS OF 370"

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 10 2025
JEFFREY P. COLWELL
CLERK

New PETITION — CASE #

Nusiance, ˜Dangerous Drugs And Drug Dealers'

58 white Horst Ln Velousia Fl.
14980 w. Alameda, Aurora, Co

NEW ADDRESS:
C.J.C. Elpaso County Jail
2739 E. Las Vegas St.
Colo Spss, Co 80906

_____          10-1-25
SIGNATURE                        DATE

El Paso County Court
270 S. Tejon
Colorado Springs CO 80903 United States



JOSHUA OWEN SPRADLING
2739 E LAS VEGAS ST  ID  A0254858
CJC                                    1-152-1017
COLORADO SPRINGS CO 80906

To:        Joshua Owen Spradling

Subject:   Service of documents in 2024DR2580.

You are being served with documents filed electronically through the
Colorado Courts E-Filing system.  Please review the following details
concerning this service.

- Court Location: El Paso County
- Case Number: 2024DR2580

- Filing ID: N/A
- Filed Document Title(s):
  - Notice of Hearing
  - Notice of Hearing-Default
- Submitted on Date/Time: Mon Sep 22 17:30:13 MDT 2025
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: El Paso County  Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

All The stuff ThaT has To do with

Food or Continually FEEDING

Those Lines  They basically break

Any where, where I have been or That

I deliver, Sysco Food  Damaging The

EstabLishment. Lebenese is noT To

HelP. They are noT my management.

They claim To be God or Higher

oPinK.  MANAGING my Food Clients.

or They have Also Stole old I.D.ing

Equiptment. From me as an officer.

Then Tells ME wants To switch organs with

Animals, ThaT They.

HAVE went Illegally switching organs and wrecking People after They had, had surgery. Then Giving Them Animal organs. I also am not ~~Fixing~~ his Family. or his FAMILY Ethics. He claims ThaT HE works with me and Collects my property claiming homo-sexual marriage. The Imaginary oF property was assigned To me Blaum by Congress. There are no' contracts with Them And They (Defendents) do not have Anything oF "<u>Bondsmans</u>"

That Women In Denver District who beleives She is An Employee of The Courts. Was really Gireng my money To other people. and awarding my nephew. or who Ever ThaT is oF 370. Claiming he was Family.

The Courts Did not Communicate with Blair "Baephmai" oF Court. dates And ThaT They sent Plane Tickets And court Requests to "Lebenese Ruiz-martinez" And CASE #

AFTER 15 years oF This letting The

Baughman's oF 370 S. Lamar. Denver.

And AFTER litigation. 15 years. The

Courts. And Districts Court oF Denver, Have

Deprived me oF monetaries, Hsng-Living

Arrangements, Any Banking. Funds.

Especially. Family. 20 or more women That

Know. Still Live with Those People

Depriving Them oF LiFE, Liberty

And. being Freinds. The Supreme Court is

now Trying To SAY I'm not

in my right mind.

They want To Create A GoD Entity To Control All The HARD working or Class To Deprive Them of merit.

They HAVE ConTrols "Baughman's MED) The The Hospital in Colo Spgs For 20 yrs. or more. Also ThaT ALL The FunDs ThaT META Bank was suppose to Directly To my Account were Illegally, up RooTED, Violently breaking GooD FERVONT Soil. AnD DisTurbing The Soiling EDLE-sings. Trying To Steal From The "natures calling 2" Again The 2ⁿᵈ s Job CAUSING STARVATION, CUTTING HEADS, Limiting SpenDING, Denying oF FOOD. Then WOCSTING Them with FriinDship - or HATRED

more 1,300 cases Alone has been To The Attention of The courts The SAME People. Also Toyen To extort me Through Them. The Pope AND Vatican. The Pope Died because Me would not let Them "STEAL or Extort" "HARRASS" 10 commandments Learned Early In Early child development. And Taught to Almost All. In broughting-up. The Engineering board And Especially Lockheed marting. will ESPECIALLY be on my side. Everyone of The Defendants has Tryed To become A Guardian, PERSONAL Accountant or ConservaTorship, Bio-Logical Family. or DIFFERENT.

In Any Event The I.R.S. Has A Accurate and Distinct Record of monies And buisnesses. That The Hospital In colo Sps. Have not be Approving or being of Sanctioned Status. Because Colo or Colo Sps Does not Acknowledge. The <u>Blaine Property</u>, Also The Deffndants Have not Paid In To Participate' with The <u>Politically correct members Club</u>, or <u>Social or Enjoyment</u> That people who have That Status of, Info — PlayFul $ — or Properties. To Show Appreciation To No-haves of Recreation. But " Blaine Amendments "All Them Cornel-ly The wreaked My " Imaginary, Dog " → Cost $10 million of The U.S.D. contract Especially of Road O Participants, Insured LLc.

The Informants at 370 S

Lamer. Aurora, Den,

They are not Approved To manager

For Any Imaginary Property or Intellectual.

Property. The last C.J.C. Gathering State of

Specifics That "The occupants or Anyone(Person)"

Does not Control my Sole or Care.

They are not my Staff or Property and was

not Assigned. That As "Deputy Assistant"

of C.o.P. Law Enforcement Robotics Inc. LLC

Also I am not Proving anything To
The Defendants. I Did't Invite, Request.
or Imply. Every Day I have made Cases, Against Them
Why Case # NET LOOO V. Burghman AS, 435
   Case # Burghman V. Cosler    82,800
      Case# WIBBY V. Boulder County Bd. 15CA0949
      Case# APPELLEE V. Burghman (J.B, Burghman)
         They Directly Toyed To Harm, Harrass
            kill (murder) significant.
HARRASSing Continusly

"In RE marriage" Baughman
case # 98 SC 323
CASE # 11CA2355


ALSO CITINGS From


The CASES Along A VERY LonG Span Amoou

NET. OF Time That The Sun and ~~~~~

MANAGE which I have not ASSIGNED To

Any of The people in This Case BuT The

BlackHole IS The To-All Govaness.

The Admissions AND Submission That The Defendents ARE

ConFESST - To CRimes Against Baughman"



_non-Aknowledge To Responsibilities_ "

* maxwell v united Servs. Auto. Assn. 2015 Colo
    Lexis 56 (Colo. Jan 20 2015
    12CA1802    FRAUD mis-REPRESTATION

    Colo Appealate Div. 1  27-123
NoT-Single  _Designate of Significant aver_
        Courts, Common LAW negligence to of
LANDLORD. Not Different;
In negligence action, Jury's VERDICT FREED (Baughman)'
From Liability AND Trial Court Entered Judgement For Cost Against
Defendant;
    Sigaleton V. Collins.


BEARDSHEAR V. L. Beardshear.

[  " __of Some KIND of__  " ↓ ]

    The POSTURUS AND 6th Amendment Are of
Concern. Also (Blaine Con wacky ampus)
None-of Them HAVE Any ID of Sheriff's Property.
And Applys To This 'Sheriff' Enourmously

    " __OCCUPANT 370 Chomer ing__ "



KEMP V. HOLOCC — CSO (USMS)

Lemerie V. La. Dept of Transp, The Donuer Beaureax

Josh Ac. EXPO

B.P.P Product. Co V. PATTERSON, 263 P. 3d 103 10 SC 2014    Colo Court

Mattiewess for hands is Greepin

RICO

Sheriden Ross
15 60   broadway Den 60202

303 867 9700

Littler menDEISon.
1900  16²⁴ Suite 800
Den  Co      60202

303 629 6200

WALMART STORES, Inc.
V. DUKES. 564 U.S. 338
Colo Sup. Court 10-277

That WAL-MART is not Allowed to Employ "occupant of 370 Den. Colo" MAX-Bowman or Show or Teach CERTAIN upper-management or "methods-or Processess " or to Delagate The Power To Low-Level Employees.' I have Personelly Dis-gust This with marts-wAL And To. WALgreens As. WELL.

Also That because An Individual Tax of Payer GETS PETITIONED Against, Does not Give Knowledge or Right To Damage Products, or Quality of Products.

Also That TresPASS Can't be construed because of ATTEMPT or WANT or Desire. To Commit Theft of Products or monetaries From "Real CERTIFIED owner" TITIEO of owner. Constitutional Law STATES (CCR AND 14 of comercial code.

I have REQUEST The SPECIAL Action and The 50 U.S.CS To Enact HB 23 Bill That STATES Blaine Amendments may be Employ of The M1 Abrams AND Blanache Helicopter. of The U.S. military. Against law breaker Employees

That SAFEWAY IS Really A major Concern because, I have Shown The The Cause, AND Ability. To Boisness of The King Soopers As well.

DePENDANTS of "BAUGHMAN" ARE noisance Terrorist AND Osrally ParticiPate of In or Possess Toxic SubstAnces or other of Toxic Bio-Logic WASTE. They CALL OF Drugs"

Name: BLAINE Burghman

Admit #: 0017363/

**Criminal Justice Center**
2739 E Las Vegas Street
Colorado Springs, CO 80906

DENVER CO 802

8 OCT 2025 PM 7 L

UNCENSORED

INMATE MAIL

NEOPOST
10/07/2025
US POSTAGE $000.74⁰



FIRST-CLASS MAIL
IMI

ZIP 80906
041M11284826

U.S. District Court
901 19ᵗʰ St.
Denver, Co 80294

0294-250151